Brent Dorian Brehm – SBN 248983
  Email: bbrehm@kantorlaw.net
Glenn R. Kantor – SBN 122643
  Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
DAVID DUCOM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DUCOM,<br><br>    Plaintiff,<br><br>  vs.<br><br>AEQUOR TECHNOLOGIES LLC,<br><br>    Defendant. | CASE NO: 2:22-cv-04393-MCS-SK<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, David DuCom, hereby dismisses this action in its entirety without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: July 22, 2022                                KANTOR & KANTOR, LLP


                                               By:  */s/ Brent Dorian Brehm*
                                                    Brent Dorian Brehm
                                                    Attorneys for Plaintiff
                                                    David DuCom